IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Rebecca Meyer,

        Defendant.

Case No. 3:15-cr-125

Violation # _____

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of OVI in violation of ORC§ 4511.19 a 1A, made in Count 2 of the Information ~~or made in Violation Notice #~~ is hereby AMENDED to charge Physical Control in violation of ORC§ 4511.194.

IT IS SO ORDERED.

Date: 1/13/16

_____
United States Magistrate Judge

_____
Assistant United States Attorney